

# Fourth Court of Appeals
## San Antonio, Texas

March 24, 2021

No. 04-21-00016-CV

**REAL PROPERTY LOCATED AT 404 FULLER ST.,
KERRVILLE, KERR COUNTY, TEXAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16620A
Honorable N. Keith Williams, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

We order that no costs be assessed against appellant because she is indigent.

It is so **ORDERED** on March 24, 2021.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of March, 2021.

_____
Michael A. Cruz, Clerk of Court